UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH DALE YOUNG,

Plaintiff,

v.

NICOLE SHELDON, et al.,

Defendants.

Case No.  25-cv-07838-BLF   (SVK)

**ORDER RE DEFENDANTS' MOTION FOR SANCTIONS**

Re: Dkt. No. 32

On March 10, 2026, Defendants Nicole Sheldon and County of Santa Cruz filed a motion to compel Plaintiff to provide initial disclosures and respond to written discovery and for sanctions.  Dkt. 32 (the "Motion").  The Court **ORDERS** as follows:

1. The Motion is improperly set for a hearing on April 28, 2026 before Judge DeMarchi rather than the undersigned, who is the discovery referral judge in this matter.   The April 28, 2026 hearing is **VACATED**.  Magistrate Judge van Keulen will set a new hearing date for the Motion if necessary.

2. Pursuant to the Court's Order dated February 4, 2026 (Dkt. 28) extending all deadlines in this case by thirty days, Plaintiff's opposition to the Motion is due on **April 23, 2026, and Defendants' reply is due April 30, 2026**.

3. Defendants' affidavit of service for the Motion states that Plaintiff was served by mail at the Sierra Conservation Center in Jamestown, California.  Dkt. 32-7.  However, different addresses are listed for Plaintiff in the Court's Order dated February 4, 2026 (Dkt. 28) and in Defendants' Notice Regarding Plaintiff's Incarceration Status filed on February 6, 2026 (Dkt. 31).  **Defendants must serve Plaintiff with the Motion and this Order at all known addresses and file proofs of service accordingly**.

**SO ORDERED.**

Dated: March 12, 2026

_____
SUSAN VAN KEULEN
United States Magistrate Judge