UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DALE YOUNG,<br><br>Plaintiff,<br><br>v.<br><br>NICOLE SHELDON, et al.,<br><br>Defendants. | Case No.  25-cv-07838-BLF   (SVK)<br><br>**ORDER ON DEFENDANTS' MOTION TO COMPEL RESPONSES TO WRITTEN DISCOVERY AND FOR SANCTIONS**<br><br>Re: Dkt. No. 32 |

On March 10, 2026, Defendants County of Santa Cruz and Nicole Sheldon filed a motion to compel Plaintiff Joseph Dale Young to provide initial disclosures pursuant to Federal Rule of Civil Procedure 26(a) (the "initial disclosures") and to provide written responses to Defendants' interrogatories (set one) (the "interrogatories") and requests for production of documents (set one) (the "RFPs").  Dkt. 32 (the "Discovery Motion").  The Discovery Motion also asks the Court to deem admitted each of Defendant County of Santa Cruz's requests for admissions (set one) (the "RFAs") due to Plaintiff's failure to respond to the RFAs.  In addition, Defendants seek an award of $2,843.75 for the attorney's fees they incurred in bringing this Discovery Motion. *Id.*

The Court is informed that Plaintiff is presently incarcerated, and in an order dated February 24, 2026, District Judge Beth L. Freeman extended all deadlines in this case by 30 days. Dkt. 28.  Accordingly, the undersigned issued an order on March 12, 2026, setting a deadline of April 23, 2026 for Plaintiff to file a response to the Discovery Motion.  Dkt. 33.

Defendants have filed proofs of service upon Plaintiff of the Discovery Motion (Dkt. 32) and the undersigned's order setting a deadline for Plaintiff's response to the Discovery Motion (Dkt. 33).  Dkt. 32-7; Dkt. 35.

As of the date of this Order, Plaintiff has not filed any response to the Discovery Motion.

////

////

United States District Court
Northern District of California

Good cause appearing, the Court **GRANTS IN PART** and **DENIES IN PART** the Discovery Motion and **ORDERS** as follows:

1.  Plaintiff must serve the following on Defendants by **August 3, 2026**:

    a.  Initial disclosures pursuant to FRCP 26(a); and

    b.  Written responses to the interrogatories, RFPs, and RFAs previously served by Defendants.

    c.  It is Plaintiff's responsibility to contact defense counsel if he needs additional copies of the discovery requests or if he requests additional time to respond. Defense counsel's contact information appears on ECF and for convenience is set forth here:

    > Ryan M. Thompson
    > Office of the Santa Cruz County Counsel
    > 701 Ocean Street, Room 505
    > Santa Cruz, CA 95060
    > 831-454-2040
    > Fax: 831-454-2115
    > Email: ryan.thompson@santacruzcounty.us

2.  Due to the unique circumstance of Plaintiff's incarceration, Defendants' request that the RFAs be deemed admitted and their request for an award of attorney's fees are **DENIED WITHOUT PREJUDICE**.

3.  Defendants must promptly serve Plaintiff with a copy of this order.

4.  Defendants must file a status report regarding Plaintiff's compliance with this order by **August 10, 2026.**

**SO ORDERED.**

Dated: June 3, 2026

SUSAN VAN KEULEN
United States Magistrate Judge

2