UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH DALE YOUNG,

Plaintiff,

v.

NICOLE SHELDON, et al.,

Defendants.

Case No. 25-cv-07838-BLF (SVK)

**FINAL NOTICE & ORDER TO PLAINTIFF TO RESPOND TO DISCOVERY OR HAVE REQUESTS FOR ADMISSION DEEMED ADMITTED**

Re: Dkt. Nos. 40, 42

On March 10, 2026, Defendants served a motion to compel discovery responses from Plaintiff and for attorneys' fees. Dkt. 32. The Court set a deadline for Plaintiff's response and, because Defendants had information that Plaintiff was located at a different address than Plaintiff's address of record, the Court ordered Defendants to serve Plaintiff at "all known addresses." Dkt. 33, 34. On June 3, 2026, due to the unique circumstances of Plaintiff's incarceration, the Court denied Defendants' motion without prejudice, ordered Plaintiff to respond to the outstanding discovery requests by August 3, 2026, and ordered Defendants to serve the order on Plaintiff. Dkt. 40. Plaintiff did not respond. In light of Plaintiff's repeated failures to respond and no indication that mail was returned as not deliverable, Defendants now renew their request to deem Requests for Admission admitted and for sanctions in the amount of requested attorneys' fees. Dkt. 42. **In a final effort to ensure that all reasonable steps have been taken to notify Plaintiff of the discovery requests and consequences of not responding, the Court ORDERS as follows**:

////

////

////

////

United States District Court
Northern District of California

United States District Court
Northern District of California

1. The Clerk of Court is to serve Plaintiff with a copy of this Order by mail at both Plaintiff's address of record and the last known address reported by Defendants:

   Address of record:
   B3-137
   North Kern State Prison
   CC6778
   Inmate Mail/Parcels
   P.O. BOX 49999
   DELANO, CA 93216

   Last known address (Dkt. 34):
   Sierra Conservation Center
   5100 O'Byrnes Ferry Road
   Jamestown, CA 95327

2. **Upon receipt of this Order, it is Plaintiff's responsibility to contact defense counsel no later than September 25, 2026 if he intends to respond to the discovery and if he needs copies of the discovery.** Defense counsel's contact information appears on ECF and is set forth here:

   **Ryan M. Thompson**
   Office of the Santa Cruz County Counsel
   701 Ocean Street, Room 505
   Santa Cruz, CA 95060
   831-454-2040
   Fax: 831-454-2115
   Email: ryan.thompson@santacruzcounty.us

3. **If Plaintiff does not contact Mr. Thompson by September 25, 2026, upon confirmation by Defendants, the Court will GRANT Defendants' motion to deem Requests for Admission admitted for failure to respond. The consequence of such an order will be that Defendants will have grounds to move for summary judgment and obtain an order terminating Plaintiff's case.**

**SO ORDERED.**

Dated: August 25, 2026

SUSAN VAN KEULEN
United States Magistrate Judge