UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH DALE YOUNG,

Plaintiff,

v.

NICOLE SHELDON, et al.,

Defendants.

Case No. 25-cv-07838-BLF (SVK)

**ORDER DEEMING REQUESTS FOR ADMISSION ADMITTED AND AWARDING ATTORNEYS FEES**

Re: Dkt. Nos. 32, 42, 45

In March of this year, Defendants first moved to compel discovery responses from Plaintiff and for attorneys fees associated with bringing the motion. Dkt. 32. In relevant part to this Order, Defendants requested that each of the Defendant County's requests for admission, set one, be deemed admitted due to Plaintiff's failure to provide responses and that Defendants be awarded attorneys fees in the amount of $2,843.75. *Id.*; Dkt. 32-1. Plaintiff did not respond to the motion. In light of Plaintiff's status as an incarcerated individual, the Court ordered Defendants to re-serve the motion to all known addresses of Plaintiff and extended the time to respond. Dkt. 33. Plaintiff again failed to respond. Dkt. 36. The Court then granted in part and denied in part the motion, denying the request for discovery sanctions without prejudice, and ordering Plaintiff to comply with the order by August 3, 2026. Dkt. 40. On August 10, 2026, Defendants informed the Court that they had received no response from Plaintiff and renewed their request for discovery sanctions. Dkt. 42. In a final effort to ensure that all reasonable efforts had been made to ensure notice of the request for sanctions, on August 25, 2026 the Court issued a Final Notice & Order to Plaintiff to respond to the outstanding discovery or to have requests for admission deemed admitted and attorneys fees awarded. Dkt. 43 ("Final Order). In the Final Order, the Court warned Plaintiff that failure to respond would result in the Court granting Defendants' motion to

United States District Court
Northern District of California

deem requests for admission admitted and that the consequence of such an order would be that Defendants would have grounds to move for summary judgment. *Id.* The Court further ordered the Clerk of the Court to mail the order to the two known addresses of Plaintiff. *Id.* One notice came back as "undeliverable"; the other did not. Dkt. 44. Defendants have advised the Court that they have received no response from Plaintiff and therefore renew their request for sanctions.

As the Defendants and the Court have made all reasonable efforts to ensure that Plaintiff has notice of the pending motion, and Plaintiff having failed to respond, the Court **GRANTS** Defendants' request for discovery sanctions as follows:

1. The Defendant County's requests for admission, set one, are hereby deemed admitted by Plaintiff; and
2. The Defendant County is awarded its reasonable attorneys fees in bringing the original motion to compel, as supported by the declaration of Ryan Thompson (Dkt. 32-1) in the amount of $2,843.75.

**SO ORDERED.**

Dated: October 13, 2026

SUSAN VAN KEULEN
United States Magistrate Judge